JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERT DAMON EPPS, | Case No. 2:21-cv-02593-ODW-KES |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| LAC, | |
| Defendant. | |

Pursuant to the Court's Order Dismissing Action Without Prejudice for Failure to Prosecute, IT IS ADJUDGED that the Complaint and this entire action are dismissed without prejudice.

DATED: July 13, 2021

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE